**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No.  06-cv-01965-REB-BNB

UNITED STATES OF AMERICA for the use and benefit of BROWN STRAUSS STEEL
SALES, INC.,

      Plaintiff,

v.

FEDERAL CONTRACTING, INC., d/b/a BRYAN CONSTRUCTION, INC., and
UNITED STATES FIRE INSURANCE COMPANY,

      Defendants.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before me on the **Stipulation for Dismissal** [#15], filed

January 25, 2007.  After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and that this action should be

dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal** [#15], filed January 25, 2007, is

**APPROVED**;

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for March 21, 2008, is **VACATED**;

and

4.  That the trial to the court set to commence March 24, 2008, is **VACATED**.

Dated January 25, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**